# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-30318
Summary Calendar

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 26, 2013

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

RAY A. BRIGHT,

Defendant–Appellant.

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:11-CV-1518

Before JONES, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

In this case involving default on student loans, Ray Bright, appealing *pro se*, challenges, *inter alia*, the denial of his motion for relief from judgment

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-30318

under Federal Rule of Civil Procedure 60(b).  In its Order and Reasons, the district court carefully explained that it was denying Rule 60 relief, but only without prejudice, because it was premature.  The discharge of indebtedness that Bright had been granted was conditional in that it "will be reinstated if you do not meet certain requirements during a post-discharge monitoring period . . . for three years from . . . June 28, 2012."  The court also explained why Bright was not entitled to have his record sealed—a denial of which he also complains on appeal—because he had not complied with the applicable local rules regarding sealing.

The judgment is AFFIRMED, essentially for the reasons given by the district court.